UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-80645-BLOOM/Valle

ERIC ROGERS,

    Plaintiff,
v.

A AND S CORPORATION OF PALM BEACH
and HOPE INVESTMENT ENTERPRISES, INC.,

    Defendants.
_____/

**ORDER APPROVING CONSENT DECREE AND
DISMISSAL OF DEFENDANTS WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation to Approve Consent Decree and Dismiss Defendants A and S Corporation of Palm Beach and Hope Investment Enterprises, Inc. with Prejudice, ECF No. [14]. The Court has carefully considered the Joint Stipulation and the attached Consent Decree, ECF No. [14-1], and is otherwise fully advised in this matter.

Accordingly, it is **ORDERED AND ADJUDGED** that the parties' Joint Stipulation, ECF No. [14], is **APPROVED AND ADOPTED**, and the above-styled case is hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own attorneys' fees and costs. The Court shall retain jurisdiction to enforce the Consent Decree. To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this matter.

Case No. 16-cv-80645-BLOOM

**DONE AND ORDERED** in Miami, Florida, this 13th day of June, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record